Frank P. Hohimer, Appellant, v. Cornelius Fricke, Appellee.

**Gen. No. 9,335.**

opinion filed October 29, 1942; rehearing denied February 2, 1943. Thos. P. Reep and Jefferson Lewis, for appellant; Edward H. Golden and A. W. Lilienstein, for appellee. Opinion by JUSTICE HAYES. ''Not to be published in full.''